UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00674 JM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 21 U.S.C. § 841(a)(1) |
| SAMUEL ROBERSON | ) | 18 U.S.C. § 924(c)(1)(A) |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC 0 4 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A.   On or about August 8, 2019, the defendant,

SAMUEL ROBERSON,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Three Counts Delivery of Controlled Substance, in Jefferson County, Arkansas, Circuit Court in Case Number 35CR-13-18;

2. Simultaneous Possession Drugs and Firearm, three Counts Possession Controlled Substance with Purpose to Deliver, Possession of a Firearm by Certain Person, and Possession Drug Paraphernalia, in Jefferson County, Arkansas, Circuit Court in Case Number 35CR-12-589-1;

3. Possession of Cocaine with Intent to Deliver, Possession of Marijuana with Intent to Deliver, and Possession of a Firearm by Certain Person, in Arkansas County, Arkansas, Circuit Court in Case Number 01SCR-04-221; and,

4. Possession Cocaine with Intent to Deliver, in Arkansas County, Arkansas, Circuit Court in Case Number 01SCR-04-54.

1

B.	On or about August 8, 2019, in the Eastern District of Arkansas, the defendant,

SAMUEL ROBERSON,

knowingly possessed, in and affecting commerce, a firearm, that is: a KEL-TEC .32 caliber pistol, bearing serial number CTJ13, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about August 8, 2019, in the Eastern District of Arkansas, the defendant,

SAMUEL ROBERSON,

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about August 8, 2019, in the Eastern District of Arkansas, the defendant,

SAMUEL ROBERSON,

knowingly and intentionally possessed a firearm, that is: a KEL-TEC .32 caliber pistol, bearing serial number CTJ13 , in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 2 of this Indictment, the defendant, SAMUEL ROBERSON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 2 of this Indictment, the defendant, SAMUEL ROBERSON, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1 or 3 of this Indictment, the defendant, SAMUEL ROBERSON, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]