## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                           PLAINTIFF

V.                              CASE NO. 4:19-CR-674-JM-1

SAMUEL ROBERSON                                                                    DEFENDANT

### ORDER

The Defendant Samuel Roberson appeared December 23, 20109, for a bond hearing, along with counsel Molly Sullivan; the Government was represented by Assistant United States Attorney Bart Dickinson.

This is a presumption-for-detention case as defined under 18 U.S.C. § 3142(f). After considering the testimony presented by the parties and argument of counsel, the Court finds by clear and convincing evidence that there is no set of conditions reasonably assure the safety of the community given the seriousness of his past offenses, including a sexual offense. The Court finds that Mr. Roberson is not a flight risk.

Mr. Roberson is remanded to the custody of the United States Marshal for detention pending resolution of his case. He must be afforded a reasonable opportunity to consult privately with defense counsel.

IT IS SO ORDERED this 23rd day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE